**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1630

FRANCIS AKINRO,

Plaintiff - Appellant,

v.

MARYLAND TRANSIT ADMINISTRATION, et al.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William  D.  Quarles,  Jr.,  District Judge.  (1:10-cv-01268-WDQ)

Submitted:  August 19, 2010          Decided:  August 27, 2010

Before MOTZ, GREGORY, AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Akinro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing civil complaint under 28 U.S.C. § 1915(e)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Akinro v. Maryland Transit Admin., No. 1:10-cv-01268-WDQ (D. Md. May 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED